Robert A. Jackson, Plaintiff in Error, v. The State of Florida, Defendant in Error.

In Banc.

Writ of error to Circuit Court, Putnam county; James T. Wills, Judge.

No appearance for plaintiff in error.

W. H. Ellis, Attorney-General, for the State.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff, and the defendant takes writ of error. The writ of error is dismissed because no transcript of record has been filed.

Decision *Per Curiam.*